Official Form 6 - Summary (10/06)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re _____The Carriage Werks, Inc._____,
Debtor

Case No. _____

Chapter _____7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 0.00 | | |
| B - Personal Property | yes | 3 | $ 5455 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 334717 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 5 | | $ 303190.6 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 18 | | $ 1292048.57 | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | No | | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ |
| TOTAL | | 30 | $ 5455 | $ 1929956.17 | |

Official Form 6 - Statistical Summary  (10/06)

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____The Carriage Werks, Inc._____,        Case No. _____

Debtor

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ none |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 241374 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ none |
| Student Loan Obligations (from Schedule F) | $ none |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ none |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ none |
| TOTAL | $ 241374 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ N/A |
| Average Expenses (from Schedule J, Line 18) | $ N/A |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N/A |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 187190.6 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4.  Total from Schedule F | | $ 1292048.57 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 1292048.57 |

Official Form 1 (10/06)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| __Northern__ DISTRICT OF __Illinois__ | |

| Name of Debtor (if individual, enter Last, First, Middle): **The Carriage Werks, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **None** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-3803464** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **1270 Townline Road** **Mundelein, Illinois** ZIP Code 60060 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **400 West Dundee road** **Suite 3** **Buffalo Grove, IL** ZIP Code 60089 | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP Code | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| [x] $0 to $10,000 | [ ] $10,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,000 to $100,000 | [ ] $100,000 to $1 million | [x] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | The Carriage Werks, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: <br> William Groberski ( + see attached addendum) | Case Number: | Date Filed: <br> April 21, 2009 |
| District: <br> Northern District Illinois | Relationship: <br> Shareholder | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| Exhibit D |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue |
|---|
| (Check any applicable box.) |
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Statement by a Debtor Who Resides as a Tenant of Residential Property |
|---|
| (Check all applicable boxes.) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.) |
|       _____<br>      (Name of landlord that obtained judgment) |
|       _____<br>      (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

| Official Form 1 (10/06) | Form B1, Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): The Carriage Werks, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _Edund A. Dunbert_ PRESIDENT <br>    Signature of Debtor <br><br> X _____ <br>    Signature of Joint Debtor <br><br> _____ <br>    Telephone Number (if not represented by attorney) <br> **April 7, 2009** <br>    Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only **one** box.) <br><br> ☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br>    Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br>    (Signature of Foreign Representative) <br><br> _____ <br>    (Printed Name of Foreign Representative) <br><br> _____ <br>    Date |

| **Signature of Attorney** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _____ <br>    Signature of Attorney for Debtor(s) <br>        Alan T. Schencker <br>    Printed Name of Attorney for Debtor(s) <br>        Law Offices of Alan T. Schencker <br>    Firm Name <br>    Address 400 West Dundee Road <br>        Buffalo Grove, Illinois 60089 <br><br>        847-465-9898 <br>    Telephone Number <br>        April    , 2009 <br>    Date | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. <br><br> _____ <br>    Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br>    Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br>    Address <br><br> X _____ <br><br> _____ <br>    Date |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br>    Signature of Authorized Individual <br>        Groberski <br>    Printed Name of Authorized Individual <br><br> _____ <br>    Title of Authorized Individual <br>        March , 2009 <br>    Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Additional Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of
Debtor:

Debtors:       Ed & Lisa Groberski
Date Filed:    April 21, 2009
District:      Northern District Illinois
Relationship:  Shareholders

Form B6A
(10/05)

The Carriage Werks, Inc.

In re _____,                    Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

Total▶

(Report also on Summary of Schedules.)

In re _____,    Case No. _____
The Carriage Werks, Inc.
**Debtor**    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | 1. petty cash | | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 2. Midwest Bank -Checking payroll | | 200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | 6. Work uniform(s) | | 10.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re _____,    Case No. _____
                  The Carriage Werks, Inc.
                          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 16. Accounts receivable. | | 16. Various accounts receivable doubtful | | 4000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule A –  Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | 21.  in Re Metro Paint wrongful contract termination re paint supply and pricing | | unknown |

In re _____,    Case No. _____
The Carriage Werks, Inc.
**Debtor**                                                    **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection  with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 25. parts trailer | | 200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 28. Misc. office furniture, desks, chairs, tables | | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 29. welders, misc. tools, ac equip.scanner | | 500.00 |
| 30. Inventory. | | 30.misc. parts supplies | | 200.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 35. Misc. office and cleaning supplies | | 45.00 |

_____continuation sheets attached    Total ► | $ 5455

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

Official Form 6D (10/06)

In re ___The Carriage Werks, Inc.___,   Case No. _____
　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　　3025　 Metro Paint Supplies c/o Teller, Levit & Silvertrust, PC 11 East Adams St. #800 Chicago, IL 60603 | | | 11/2004 { Automotive Paint Equipment ───── VALUE $ 55,000.00 | | | x | 68343 | unknown |
| ACCOUNT NO.　　36-3803464 Internal Revenue Service 5100 River Road Schiller Park, IL 60176 | | | IRS Lien re unpaid 940/941 taxes 2007 ───── VALUE $ | | | x | 31374 | None |
| ACCOUNT NO.　　　5358 Audatex North America Inc. 15030 Ave. of Science San Diego, CA 92128 | | | 5/2007 Software Lisc. Agreement ───── VALUE $ 28,000.00 | | | x | 25000.00 | Unknown |

_____continuation sheets
　　　attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $ 124717 | $ 0 |
| $ | $ |

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6D (10/06) – Cont.

In re _____The Carriage Werks, Inc._____,    Case No. _____
                        **Debtor**                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 | | | 2006<br>Retailers Occupation Tax<br><br>VALUE $ | | | x | 210000.00 | 0 |
| ACCOUNT NO.<br><br>National City Bank<br>2 Philip Road<br>Vernon Hills, IL 60061 | | | 2006<br>Account security right of setoff against accounts<br><br>VALUE $ | x | | | Unknown | Unknown |
| ACCOUNT NO.<br><br>PugetSound Lease<br>PO Box 1295<br>Issaquah WA 98207 | | | lease re Car-o -liner benchrack<br><br>VALUE $ | | | | Unknown | Unknown |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

$ 210000      $ 0

Total(s) ▶
(Use only on last page)

$ 334717      $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**Official Form 6E (10/06)**

In re _____The Carriage Werks, Inc._____,                    Case No._____
                    **Debtor**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Official Form 6E (10/06) - Cont.

In re _____The Carriage Werks, Inc._____ ,    Case No._____
                            **Debtor**                                          **(if known)**

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **continuation sheets attached**

Official Form 6E (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,   Case No. _____
                 **Debtor**                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  36-3803464 <br><br> Internal Revenue Service <br><br> 5100 River Road <br> Schiller Park, IL 60176 | | | IRS Lien re unpaid 940/941 taxes 2007 | | | X | 31374 | 31374 | None |
| Account No. <br><br> Illinois Department of Revenue <br> PO Box 19035 <br> Springfield, IL 62794 | | | 2006 <br> Retailers <br> Occupation Tax | | | x | 210000.00 | 94000.00 | None |
| Account No. <br><br> Edward Groberski <br> 830 N. Deepwoods Court <br> Grayslake, IL 60030 | | | | x | | | 20000.00 | 20000.00 | 0 |
| Account No. <br><br> William Groberski <br> 413 Asbury Ave. <br> Fox River Grove, IL 60021 | | | | x | | | 30000.00 | 30000.00 | 0 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals► | $ 291374 | $ 175374 | 0

Total►
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   | $ | | |

Totals►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   | | $ | $ |

Official Form 6E (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,    Case No. _____
         **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Greg Groat<br>24571 Rollins Road<br>Round Lake, IL 60073 | | | 4/1/09 | | | | 3052.20 | 3052.20 | unknown |
| Account No. <br><br>Martin Lackey<br>7422 Hiawatha<br>Wonder Lake, IL 60097 | | | 4/1/09 | | | | 2858.20 | 2858.20 | unknown |
| Account No. <br><br>Eric Niemesz<br>765 Court of Spruce<br>Vernon Hills, IL 60061 | | | 4/1/09 | | | | 1740.00 | 1740.00 | unknown |
| Account No. <br><br>Martin Bernal<br>7500 Elmhurst Road Lot 56<br>Des Plaines, IL 60018 | | | 4/1/09 | | | | 1536.00 | 1536.00 | unknown |
| Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals►<br>(Totals of this page) | | | | $9186.4 | $9186.4 | 0 |
| | | | Total►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

Official Form 6E (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Abacuc Vazquez <br> 410 Bernard Dr. <br> Buffalo Grove, IL 60089 | | | 4/1/09 | | | | 1670.20 | 1670.20 | unknown |
| Account No. <br><br> Dylan Er Draut <br> 422 Lincoln Ave Unit D <br> Fox River Grove, IL 60021 | | | 4/1/09 | | | | 960.00 | 960.00 | unknown |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)   | $ 2630.2 | $ 2630.2 | 0 |

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 303190.6

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $187190.6   $

In re _____ The Carriage Werks, Inc. _____ ,    Case No. _____
               **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Waltz Industrial Pro<br>5720 Laurentide Rd.<br>Burlington, WI 53105 | | | 5/2006<br>Lease of Debtor's premises | x | | | 51000 |
| ACCOUNT NO.    6824<br><br>National city<br>P.O. Box 856153<br>Louisville, KY  40285 | | | 2005<br>Installment loan | x | | | 45905.00 |
| ACCOUNT NO.    627<br><br>Al Piemonte's Arlington Heights Ford<br>C/o Schwartz Wolf & Bernstein<br>314 N. McHenry Road<br>Buffalo Grove, IL 60089 | | | 2/2007<br>Automotive goods | | | x | 13635.00 |
| ACCOUNT NO.    1280<br><br>L.B. Anderson<br>C/o Drew E. Baker<br>2901 Butterfield Road<br>Oak Brook, IL 60523 | | | 10/2003<br>Lease | | | x | 13000.00 |

Subtotal ➤  $ 123540

_____ continuation sheets attached

Total ➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____The Carriage Werks, Inc._____ ,    Case No. _____
                  **Debtor**                                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3025<br><br>Metro Paint supplies<br>C/o Teller, Levit & Silvertrust<br>11 East Adams St.<br>Chicago, IL 60603 | | | 11/2004<br>contract for automotive<br>paint & supplies | | | x | 68343.00 |
| ACCOUNT NO. 0009<br><br>Lynch Ford, Inc.<br>C/o Kuntz & Kuntz<br>900 E. Northwest Hwy.<br>Mount Prospect, IL 60056 | | | 12/2005<br>automotive parts | | | x | 12000.00 |
| ACCOUNT NO. 045<br><br>Liberty Mutual Group<br>PO Box 3229<br>Naperville, IL 60566 | | | 11/2005<br>insurance settlement<br>recalculation | | | x | 15269. |
| ACCOUNT NO. 85120<br><br>Larry Roesch<br>10750 W. Grand Ave<br>Franklin Park, IL 60131 | | | 10/2006<br>Automotive Parts | | | x | 7935 |
| ACCOUNT NO. 0000<br><br>Goodyear Tire & Rubber<br>C/o RMS<br>4836 Brecksville Rd.<br>Richfield, OH 44286 | | | 2006<br>Automotive goods | | | x | 319 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 103866

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,   Case No. _____
                          **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1008 <br> American Express Company <br> C/o James West PC <br> 11111 Harwin Dr. <br> Houston, Texas 77072 | | | 2004 <br> Corporate credit card | x | | | 35833.00 |
| ACCOUNT NO. 1004 <br> American Express <br> C/o Total Recovery <br> P.O. Box 2304 <br> Buffalo, NY 14240 | | | 2004 <br> Corporate credit card | X | | | 2100.00 |
| ACCOUNT NO. 6055 <br> The Chicago Tribune Company <br> C/o Biehl & Biehl <br> 325 E. Fullerton Ave. <br> Carol Stream, IL 60188 | | | 2007 <br> advertising | | | x | 415.00 |
| ACCOUNT NO. 947A <br> LKQ Star Auto Parts <br> C/o Credit Management Control <br> 200 S. monroe Ave. <br> P.O. Box 1654 <br> Greenbay, WI 54305 | | | 2006 <br> Automotive parts | | | x | 250.00 |
| ACCOUNT NO. 4037 <br> The Daily Herald <br> C/o Biehl & Biehl <br> 325 E. Fullerton Ave. <br> Carol Stream, IL 60188 | | | 2006 <br> advertising | | | x | 360.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 38958

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____ The Carriage Werks, Inc. _____ ,   Case No. _____
                        **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0063<br>Cousineau Auto Parts, Inc.<br>C/o Commercial Collections<br>P.O. Box 250957<br>Milwaukee, WI 53225 | | | 2006<br>automotive parts | | | x | 1000.00 |
| ACCOUNT NO.   1872<br>Avaya Atl.<br>C/o ABC/Amega<br>1100 Main St.<br>Buffalo, New York 14209-2356 | | | 2006<br>automotive parts | | | x | 1100.00 |
| ACCOUNT NO.   carr<br>Deluxe Business Checks & Solutions<br>P.O. Box 742572<br>Cincinnati, OH 45274 | | | 2006<br>business printing | | | x | 255.00 |
| ACCOUNT NO.   9864<br>American Marketing & Publishing<br>P.O. Box 801<br>Dekalb, IL 60115 | | | 2006<br>Advertising | | | x | 685.00 |
| ACCOUNT NO.<br>LaSalle Bank<br>4060 Ogletown Stan<br>Newark, DE 19713 | | | 2002 Expedition<br>2007 | x | | | unknown |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 3040

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,     Case No. _____
            **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>RH Donnelly/DEX<br>1001 Winstead Dr. Suite 100<br>Cary, NC 27513 | | | | | | | 2000.00 |
| ACCOUNT NO.  9262<br>Cintas<br>9828 S. Oakwood Park Dr.<br>Franklin, WI 53132 | | | 11/2008<br>uniform and design | | | | 240.00 |
| ACCOUNT NO.  0000<br>Parts Fit<br>C/o JCS Financial<br>25750 Bloomsbury Ct.<br>Land O Lakes, Fl. 34639 | | | 6/2007<br>automotive parts | | | | 1159.00 |
| ACCOUNT NO.<br>Action Crash-Keystone<br>3621  Marshall Street NE<br>Minneapolis, MN 5541 | | | 5/2008<br>automotive parts | | | | 1000.00 |
| ACCOUNT NO.<br>1-800 Radiator<br>8116 Monticello Ave.<br>Skokie, Illinois 60076 | | | 12/2007<br>auto parts | | | x | 618.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 5017

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,        Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8754<br>Staffords<br>C/o CMI Legal forwarding<br>P.O. Box 28851<br>Philadelphia, PA 19151 | | | 8/2006<br>Automotive Parts | | | | 4600 |
| ACCOUNT NO.    0000<br>Wheels America<br>4480 Mint Way<br>Dallas, TX 75236 | | | 10/2007<br>automotive | | | | 5275 |
| ACCOUNT NO.    0000<br>Yellow Book of Illinois<br>C/o Clovis & Roche<br>PO Box 1164<br>Metaire, LA 70004 | | | 2/2007<br>Advertising | | | | 850.00 |
| ACCOUNT NO.    9490102<br>Rockford Auto Parts<br>923 Seminary Street<br>Rockford, IL 61104 | | | 2/2007<br>Automotive parts | | | | 2582.00 |
| ACCOUNT NO.<br>Barbara Groberski<br>14 Pheasant run<br>Hawthorne woods, Il 60047 | | | Loans to corporation | x | | | 50000.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $ 60725

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____ Carriage Werks, Inc. _____,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    6634 <br> Advanta Bank Corporation <br> P.O. Box 8088 <br> Philadelphia, PA 19101 | | | 3/2003 <br> Credit card | | | x | 7400.00 |
| ACCOUNT NO.    351-2 <br> AIRGAS, Inc. <br> C/o D & S Ltd. <br> 13809 Research Blvd. <br> Austin, TX 78750 | | | 1/1999 <br> gas supplies for welding | | | x | 2975.00 |
| ACCOUNT NO.    1004 <br> American Express <br> C/o Nationwide Credit, Inc. <br> PO Box 740640 <br> Atlanta, GA 30374 | | | 5/2000 <br> Crediit card | x | | | 214.00 |
| ACCOUNT NO.    1008 <br> American Express Company <br> C/o James West <br> 6380 Rogerdale Road suite 130 <br> Houston, TX  77072 | | | 2/2001 <br> credit card | x | | | 30383.00 |
| ACCOUNT NO.    0102 <br> Auto Glass Master/Trim <br> 4520 N. Elston Ave. <br> Chicago, IL 60630 | | | 8/2008 <br> automotive parts | x | | | 2050.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 43022

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____The Carriage Werks, Inc._____ ,    Case No. _____
**Debtor**                                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    5182<br>Auto Zone<br>PO Box 2198 Dept. 9003<br>Memphis, TN 38101 | | | 2/2007<br>Automotive parts | | | x | 1534.00 |
| ACCOUNT NO.    0102<br>Bill smith Auto Parts<br>400 Ash St.<br>Danville, IL 61832 | | | 5/2008<br>Automotive parts | x | | | 480.00 |
| ACCOUNT NO.    3565<br>Bank of America<br>PO Box 2864<br>Transaction Processing<br>Hartford, CT 06101 | | | 11/2008<br>Loan | x | | | 1769.00 |
| ACCOUNT NO.<br>Coca-Cola<br>P.O. Box 1734<br>Atlanta, GA 3030 | | | | | | | 600.00 |
| ACCOUNT NO.    9262<br>Cintas Corporation<br>9828 S. Oakwood Park Dr.<br>Franklin, WI 53132 | | | 9/2008<br>uniform | x | | | 68.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 4451

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ The Carriage Werks, Inc. _____ ,        Case No. _____

**Debtor**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    9005<br><br>ComEd<br>Bill Payment Center<br>Chicago, IL 60668 | | | 11/2008<br>Electric service | x | | | 5300.00 |
| ACCOUNT NO.    1006<br><br>Discover Network<br>PO Box 52145<br>Phoenix, AR 85072 | | | 12/2008<br>credit transaction<br>processing | x | | | unknown |
| ACCOUNT NO.    0000<br><br>Gates Business Solutions<br>2418 Crossroads Dr. Ste 3600<br>Madison, WI 53718 | | | 7/2007<br>Advertising | | | x | 1650.00 |
| ACCOUNT NO.    5771<br><br>The Home Depot<br>PO Box 6029<br>The Lakes, NV 88901 | | | 4/2005<br>credit card | x | | | 2536.00 |
| ACCOUNT NO.    2381<br><br>Jantz's Yard 4 Automotive, Inc.<br>2500 Washington Road<br>Kenosha, WI 53140 | | | 3/2006<br>automotive parts | x | | | 4926.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 14412

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,     Case No. _____
                       **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   0000<br><br>Midas Auto Service<br>7109 N. Rt. 83<br>Mundelein, IL 60060 | | | 6/2008<br>Automotive parts | | | x | 1749.00 |
| ACCOUNT NO.   443-2<br><br>National City Bank<br>Commercial Loan Operations<br>1900 East Ninth Street<br>Cleveland, Ohio | | | | | | | 657964.00 |
| ACCOUNT NO.   6824<br><br>National City Bank<br>PO Box 856153<br>Louisville, Ky 40285-6153 | | | | | | | 45905.38 |
| ACCOUNT NO.   7463<br><br>North Shore Gas<br>PO Box A3991<br>Chicago, IL 60690-3991 | | | | | | | 8137.90 |
| ACCOUNT NO.   6356<br><br>Office Depot (C.O. CitiBank)<br>701 E. 60th St. N.<br>Sioux Falls, SD 57104 | | | | | | | 1249.52 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► $ 715005.8

Total► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____ The Carriage Werks, Inc. _____ ,    Case No. _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0102<br>Rockford Auto Parts and Sales<br>923 Seminary Street<br>Rockford, IL 61104 | | | 2/2007<br>Automotive parts | | | x | 1968.30 |
| ACCOUNT NO.    5120<br>Larry Roesch Chevrolet<br>333 W. Grand Ave.<br>Bensenville, IL 60106 | | | 8/2008<br>Automotive Parts | x | | | 2927.30 |
| ACCOUNT NO.    5479<br>Gates Business Solutions<br>2418 Crossroads Drive<br>Madison, WI 53718 | | | 1/2009<br>Marketing evaluation | | | x | 35.00 |
| ACCOUNT NO.    3003<br>Cardinal Comp, LLC<br>PO Box 546<br>Albany, NY 12201-0546 | | | 1/2009<br>Insurance premium | | | x | 2302.50 |
| ACCOUNT NO.    7412<br>Society Insurance<br>PO BOx 1029<br>Fond du Lac, WI 54936-1029 | | | 10/2008<br>Insurance Premium | x | | | 4523.68 |

Sheet no. 2 of 2 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 11756.78

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____ Carriage Werks, Inc. _____,    Case No. _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    0000  Tucker & Associates, LTD. Attorneys at Law 5210 W. 95th Street Oak Lawn, IL 60453 | | | 8/2008 Attorney services | x | | | 1410 |
| ACCOUNT NO.    2067  Weltman Bernfield LLC 485 E. Half Day Road, Suite 250 Buffalo Grove, IL 60089-8806 | | | 2/2008 Misc. Services | x | | | 1125 |
| ACCOUNT NO.    7463  North Shore Gas PO Box A3991 Chicago, IL 60690 | | | 10/2008 Natural gas heating | x | | | 8257.00 |
| ACCOUNT NO.    6356  Office Depot Credit Plan PO Box 689020 Des Moines, IA 50368 | | | 10/2008 Misc. office supplies | x | | | 1300.00 |
| ACCOUNT NO.    43436  AdvanceMe, Inc. 2015 Vaughn Road Kennesaw, GA 30144 | x | | 10/2008 Charge card advance and pledge agreement | | | x | 42662.99 |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 54754.99

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____The Carriage Werks, Inc._____,   Case No. _____
    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RM/ABX** <br><br> ADP <br> Automatic Data Processing Inc. <br> 5800 Windward Parkway <br> Alphaetta, GA 30005 | | | 2/2009 <br> Payroll processing charges | | | x | 2500.00 |
| ACCOUNT NO. **0001** <br><br> Aetna, Inc. <br> C/o Brennan & Clark Ltd. <br> 721 E. Madison suite 200 <br> Villa Park, IL 60181 | | | 12/2007 <br> insurance premium | | | x | 4157.00 |
| ACCOUNT NO. **8192** <br><br> Bank Of America <br> PO Box 15726 <br> wilmington, DE 19886 | X | | 10/2008 <br> Credit card | x | | | 14579.00 |
| ACCOUNT NO. **00290** <br><br> Capital One <br> PO Box 6492 <br> Carol Stream, IL 60197 | X | | 9/2006 <br> credit card | x | | | 1961.00 |
| ACCOUNT NO. **5771** <br><br> Citi Cards <br> PO Box 689020 <br> Des Moines, IA 50368 | x | | 4/2007 <br> credit card | x | | | 2500 |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 25697

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re _____The Carriage Werks, Inc._____ ,        Case No. _____
                                    **Debtor**                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 204<br>Shell Oil<br>PO Box 183018<br>Columbus, OH 43218 | x | | 7/2006<br>Credit card | x | | | 1975.00 |
| ACCOUNT NO. 7405<br>Citi Mastercard<br>PO Box 91600<br>Albuquerque, NM 87199 | x | | 5/2007<br>Credit card | x | | | 1500.00 |
| ACCOUNT NO. 0000<br>Alpine Towing<br>1320 Ensell Road<br>Lake Zurich, Il. 60047 | | | 8/2007<br>towing services | x | | | 694.00 |
| ACCOUNT NO. 819-5<br>Audatex North America, Inc.<br>C/o Kenneth Freed<br>14226 Ventura Blvd.<br>PO Box 5914<br>Sherman Oaks, CA 91413 | | | 5/2007<br>estimate programming | | | x | 15975.00 |
| ACCOUNT NO. 3161<br>CCC Information Services, Inc.<br>222 Merchandise Mart<br>Suite 900<br>Chicago, IL 60654 | | | 7/2008<br>computer data | | | x | 2441.00 |

Sheet no.____of____continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 22585

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____,          Case No. _____
                              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8569<br>Discover Card<br>PO Box 3008<br>New Albany, OH 43054 | x | | 4/2007<br>credit card | x | | | 10419.00 |
| ACCOUNT NO.    0142<br>Elan<br>Elan Financial Services<br>PO Box 108<br>St. Louis, MO 63166 | | | 5/2007<br>credit services | x | | | 5970.00 |
| ACCOUNT NO.    3110<br>Erie Insurance<br>100 Erie Inc. Pl.<br>Erie, PA 16530 | | | 2008<br>Insurance premium | x | | | 5428.00 |
| ACCOUNT NO.    409799<br>Groot<br>29900 N. Highway 41<br>Lake Bluff, IL 60044 | | | 11/2008<br>Garbage haul service | x | | | 1629.00 |
| ACCOUNT NO.    0000<br>Keystone Automotive industries MN, Inc.<br>3621  Marshall Street NE<br>Minneapolis, MN 55418 | | | 2/2007<br>vehicle parts | | | x | 8612.00 |

Sheet no. 2 of 2 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 32058

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re _____The Carriage Werks, Inc._____,    Case No. _____

**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3618 <br> Northwest News Group <br> C/o Biehl & Biehl <br> 325 E. Fullerton Ave. <br> Carol Stream, IL 60188 | | | 12/2008 <br> Advertising | | | x | 137.00 |
| ACCOUNT NO.    5557 <br> Sams Club <br> PO Box 530981 <br> Atlanta, 30353 | | | 5/2008 <br> Credit card | x | | | 1668.00 |
| ACCOUNT NO.    469441 <br> Society Insurance <br> 150 Camelot Drive <br> PO Box 1029 <br> Fond Du Lac, WI 54936 | | | 11/2007 <br> Workers Compensation <br> Ins. premium audit | | | x | 2133.00 |
| ACCOUNT NO.    0561 <br> Stand Guard, Inc. <br> 6110 Lou Street <br> Crystal Lake, IL 60014 | | | 10/2008 <br> Security alarm monitoring | x | | | 336.00 |
| ACCOUNT NO.    0068 <br> Zurich Direct <br> 2471 Paysphere circle <br> Chicago, IL 60674 | | | 4/2007 <br> Insurance premium | | | x | 827.00 |

Sheet no.___of___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 5101

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____The Carriage Werks, Inc._____ ,         Case No. _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0000 <br> Bill Sullivan Pontiac <br> 777 W. Dundee Road <br> Arlington Heights, IL 60004 | | | 8/2008 <br> automotive parts | x | | | 330.00 |
| ACCOUNT NO. <br> Daily Herald <br> C/o Biehl & Biehl <br> 325 E. Fullerton Ave. <br> Carol Stream, IL 60188 | | | 11/2007 <br> advertising | | | x | 360.00 |
| ACCOUNT NO. <br> Cardinal Comp, LLCPO <br> Box 546 <br> Albany, NY 12201-0546" | | | 12/2008 <br> insurance | x | | | 2302.00 |
| ACCOUNT NO. <br> Chicago Tribune Company <br> C/o Biehl & Biehl <br> 325 Fullerton Ave. <br> Carol Stream, IL 60188 | | | 11/2007 <br> Advertising | | | x | 415.00 |
| ACCOUNT NO. <br> Advanta Bank Corporation <br> P.O. Box 8088 <br> Philadelphia, PA 19101" | | | 4/2007 <br> Credit card | x | | | 7402.00 |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 10809

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re _____Carriage Werks, Inc._____,     Case No. _____
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Andrew C. Snelten <br> 25602 W. Lakeview Court <br> Lake Villa IL 60046 | | | | | | | 17250.00 |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 17250

Total▶  $ 1292048.57
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

**In re** _____The Carriage Werks, Inc._____ ,                    **Case No.**_____
                                         **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Waltz Industrial Pro<br>5720 Laurentide Rd.<br>Burlington, WI 51305 | 5/2006 Industrial Lease Debtor's place of business located at: 1270 Townline Rd. Mundelein, IL 60060<br>term 5/2006/4-30-2009 |
| Puget Sound<br>PO Box 1295<br>Issaquah WA 98207 | lease of auto lift |
| Stand Guard Alarm<br>6110 Lou Street<br>Crystal Lake, IL 60014 | Alarm system and monitoring Debtor's place of business |
| | |
| | |
| | |
| | |

In re _____,    Case No. _____
                    The Carriage Werks, Inc.
                        **Debtor**                                        **(if known)**

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| William Groberski<br>413 Asbury Ave.<br>Fox River Grove, IL 60021 | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 |
| Edward Groberski<br>830 N. Deepwoods Court<br>Grayslake, IL 60030 | |
| | Internal Revenue Service<br>PO Box 19468<br>Springfield, Il 62794 |
| | Illinois Department of Revenue<br>PO Box 19035<br>Springfield, IL 62794 |
| | Internal Revenue Service<br>5100 River Road<br>Schiller Park, IL 60176 |
| | National City Bank<br>PO Box 856153<br>Louisville, Ky 40285-6153 |

Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **DISTRICT OF** _____Illinois_____

In re: ___The Carriage Werks, Inc.___,     Case No. _____
Debtor                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

1. **Income from employment or operation of business**

None
☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2007 $1,621,482.00 | Income in the ordinary course of business |
| 2006 $1,885,507.00 | Income in the ordinary course of business |

2

**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|
| | |

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| payments made as cash flow allowed | | | |

---

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Payments made in the ordinary course of business as cash flow allowed | | | |

---

None
☐

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Payments salary to William Groberski & Edward Groberski as cash flow allowed | various | Approx20,000 | to be determined |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

3

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| see attached Rock ford Auto parts v. The Carriage Werks, Inc. Lake County | collection | Lake County | 09 SC 1297 |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None
☑  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

### 7.   Gifts

None
☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

Only those as made to charitable organizations in the ordinary course of business

### 8.   Losses

None
☑  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.   Payments related to debt counseling or bankruptcy

None
☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Alan T. Schencker 400 West Dundee Road Buffalo Grove, Illinois | March 2009 | $3800.00 |

### 10.  Other transfers

5

None
☐     a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
☑     b.   List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
☐     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| National City Bank (checking) | Checking closed | 11/2008 |

### 12.  Safe deposit boxes

None
☑     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

6

None ☑  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| | DATE OF | AMOUNT |
| NAME AND ADDRESS OF CREDITOR | SETOFF | OF SETOFF |

---

### 14.   Property held for another person

None ☑  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |

---

### 15.   Prior address of debtor

None ☑  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises
which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is
filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

### 16.   Spouses and Former Spouses

None ☑  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight
years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

```
Note: Debtor was engaged in the auto body repair business, and, as a consequence thereof, certain paints,
thinners, and chemicals were utilized in his processes, and remain at debtor's leased premises.
```

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☑ a.  *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| | | | | |

None
☑  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED

Samuel Sorkin
300 Village Green Dr., Lincolnshire, IL 60069          2002-present Also Darryl Sulkin
                                                        windfall accounting

None
☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                    ADDRESS                    DATES SERVICES RENDERED

Samuel Sorkin
300 Village Green Dr., Lincoln

None
☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                ADDRESS

None ☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

|  | NAME AND ADDRESS | DATE ISSUED |
|---|---|---|
| National City | | |
| IRS | | |

---

### 20.  Inventories

None ☑   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF  INVENTORY (Specify cost, market or other basis) |
|---|---|---|

---

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 .  Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

---

None ☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Edward Groberski 839 N. Deepwoods Ct, Grayslake, IL 60030 | President | 500 shares |
| William Groberski 413 Asbury Ave., Fox River Grove, IL 60 | Vice-President | 500 shares |

---

### 22 .  Former partners, officers, directors and shareholders

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None     b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS       TITLE       DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND       TAXPAYER IDENTIFICATION NUMBER (EIN)

---

* * * * * *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____          Signature _____
                                                        of Debtor

Date _____          Signature_____
                                                        of Joint Debtor
                                                        (if any)

---

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date April 2 , 2009 _____          Signature X Edwd J Graland PRESIDENT
                                                        _____
                                                        Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

4/7/2009

## INSURANCE COMPANIES or SELF PAY

### A/R LIST

| R/O # | Insurance Comp /Self Pay/Cust | Customer Name | Claim # | Date Car Left | Date Clm Sent | Money Due |
|---|---|---|---|---|---|---|
| 15724 | Self pay | MIKE BRAUS | 93 CIVIC | 10/16/06 | 10/17/06 | $102.00 |
| 15889 | Metlife | Lorraine Henning | FRB61018-1 | 10/16/06 | 10/17/06 | $607.75 |
| 15905 | Self pay | B&M | 2006 E250 VAN | 09/28/06 | 09/28/06 | $420.84 |
| 15941 | Self pay | BEN COATS | 04GMC K2500 | 12/05/06 | 12/05/06 | $366.94 |
| 16107 | AAA | LORI AUFMAN | IL-43846101 | 12/22/06 | 12/26/06 | $500.00 |
| 16220 | Metlife | KELLY SULKIN | FRB71926-01 | 01/09/07 | 01/09/07 | $125.00 |
| 16222 | Self Pay | GARY MEDNICOV | 2006 G6 GTP | 02/28/07 | 10/12/07 | $870.09 |
| 16293 | Self Pay | ULTIMATE DRIVER | 2002 CAMARO SS | 01/22/07 | 01/26/07 | $1,328.86 |
| 16318 | Self Pay | MUND FIRE DEPT | 2002 CROWN VIC | 01/23/07 | 01/26/07 | $202.60 |
| 16505 | ALLSTATE | ROB KRETZSCHMAR | 482044600SH01 | 03/21/07 | 04/09/07 | $44.91 |
| 16535 | SAFEWAY | SARA VALADEZ | 47337 | | 06/15/07 | $992.53 |
| 16604 | Turtle Wax | MIKE GOTTI | 2001 VOLVO V70 WG | 06/12/07 | 06/27/07 | $124.36 |
| 16662 | Farmers | JOYCE RUIZ | 1010072389-1-2 | 05/14/07 | 05/24/07 | $74.23 |
| 16683 | IRMA | VIL OF MUND | 2001 GMC PICK UP | 06/08/07 | 06/13/07 | $172.90 |
| 16828 | GEEK | GEEK | AUDI WGN | 06/29/07 | 06/29/07 | $1,103.91 |
| 16941 | LIBERTY MUTUAL | GRANADOS | 8553618-01 | 08/16/07 | 08/24/07 | $99.00 |
| 17240 | STATE FARM | OLMSTEAD | 13-A066-6601 | 11/02/07 | 11/02/07 | $50.05 |
| 17416 | AAA | TRINIDAD | IL2218620 | 12/28/07 | 01/02/08 | $100.00 |
| 17454 | RPM INTERNATIONAL | GILLMAN | 59222542218335 | 02/07/08 | 02/13/08 | $535.79 |
| 17531 | STATE FARM | BERNARD | 48-5505-53501 | 02/13/08 | 02/13/08 | $143.75 |
| 17543 | AMERICAN FAMILY | VOHLKEN | 00661292050-0 | 03/02/08 | 03/22/08 | $338.37 |
| 17572 | ALLSTATE | MILLS | 107021842 | 02/20/08 | 02/20/08 | $141.61 |
| 17611 | ERIE INS | ANDERSON | 109600640222001 | 04/11/08 | 05/20/08 | $329.04 |
| 17846 | ERIE INS | ANSELMI | 0109600065170001 | 05/08/08 | 05/20/08 | $443.77 |
| 17917 | ESIS | GILLMAN | 592225542152711 | 07/29/08 | 07/08/08 | $443.95 |
| 18110 | JESSICA HALL | JESSICA HALL | 2004 GRAND PRIX | 07/29/08 | 08/15/08 | $323.00 |
| 18137 | NATIONWIDE | DIRECT FITNESS | 9112PE035 | 09/19/08 | 09/19/08 | $734.56 |
| 18305 | United Auto | MIN | 4060163-2 | 10/15/08 | 10/28/08 | $188.42 |
| 18321 | AHLSTRAND | AHLSTRAND | YAMAHA 115 COVER | 10/02/08 | 10/02/08 | $78.24 |
| 18401 | HOSELTON | HOSELTON | 2001 ACURA CL | 11/17/08 | 11/17/08 | $351.83 |
| 18420 | ANDREA HULBERT | ANDREA HULBERT | 98 COROLLA | 11/19/08 | 11/19/08 | $250.00 |
| 18537 | NATIONWIDE | BARCUS | 12B47316 | 01/28/09 | 01/28/09 | $469.35 |
| 18550 | AMERICAN FAMILY | SAUER | 561319019-0 | 02/10/09 | 02/10/09 | $1,319.26 |
| 18610 | United Auto | ROMAN | 4061630 | 03/02/09 | 03/02/09 | $725.00 |
| 18611 | SAFEWAY | MOLLER | 0054693 | 02/06/09 | | $317.20 |
| 18662 | United Auto | SHANHOLTZER | 4062343-2 | 04/03/09 | 04/03/09 | $2,543.45 |
| 18669 | ALEX | ALEX | 97 GRAND MARQUIS | 03/06/09 | 03/06/09 | $698.14 |
| 18673 | WESTFIELD MALL | WESTFIELD MALL | 2006 TACOMA | 03/05/09 | 03/18/09 | $71.95 |
| 18680 | POWER MOTORS | POWER MOTORS | VESPA GREY | 03/19/09 | 03/19/09 | $252.05 |



4/7/2009

## INSURANCE COMPANIES or SELF PAY

### A/R LIST

| R/O # | Insurance Comp /Self Pay/Cust | Customer Name | Claim # | Date Car Left | Date Clm Sent | Money Due $32,959.52 |
|---|---|---|---|---|---|---|
| 14273 | Dr. Joe Yomtoob | Elmer Chaiken | N/A | 08/30/05 | 09/13/05 | $513.95 |
| 14346 | Customer | Pedro Zamudio | N/A | 10/03/05 | 10/03/05 | $373.61 |
| 14356 | Adam Hill to pay | Clara Brisbois | N/A | 12/07/05 | 12/09/05 | $4,950.43 |
| 14564 | Turtle Wax | Sheila Maurtz | N/A | 10/28/05 | 10/27/05 | $92.96 |
| 14685 | Customer | Liz Duncan | | 01/10/06 | 01/16/06 | $400.00 |
| 14889 | United Auto | Melissa Mawerance | 4035078-2 | | 02/16/06 | $98.92 |
| 14951 | Customer | Rick Duncan | | 03/20/06 | | $200.00 |
| 15084 | Mike Doherty to pay | Weiler | N/A | 03/16/06 | N/A | $763.63 |
| 15191 | Farmers | Cindy Livas | 1007970882-1-1 | | 04/07/06 | $96.17 |
| 15280 | K Konstruction | Rasheed Ahmed | | 04/21/06 | 05/05/06 | $1,166.03 |
| 15543 | Self pay | Bill Waltz | | 07/04/06 | 07/04/06 | $932.61 |
| 15584 | Self pay | MIKE BRAUS | 68' GTO | 10/24/07 | 10/24/07 | $117.00 |
| 15617 | IMT Insurance | Andy Dittrich | 20K51850 | 07/20/06 | 07/20/06 | $47.40 |

4/7/2009

## INSURANCE COMPANIES or SELF PAY

### A/R LIST

| R/O # | Insurance Comp /Self Pay/Cust | Customer Name | Claim # | Date Car Left | Date Clm Sent | Money Due |
|---|---|---|---|---|---|---|
| 18683 | DRITEX | DRITEX | 2004 PILOT | 03/06/09 | 03/06/09 | $651.51 |
| 18684 | UTICA | FIVE STAR | 13224463V1 | 03/24/09 | 03/24/09 | $361.56 |
| 18697 | VILLAGE OF MUN | VILLAGE OF MUND | 2006 CROWN VIC | 03/10/09 | 03/12/09 | $435.60 |
| 18699 | MILLICENT | MILLICENT | 99RAV 4 | 03/18/09 | 03/18/09 | $190.10 |
| 18708 | SAFEWAY | BERO | 0055326 | 04/02/09 | 04/02/09 | $200.44 |
| 18716 | ZURICH | JONES | 4700111569 | | 03/24/09 | $498.57 |
| 18720 | POWER MOTORS | POWER MOTORS | | 03/19/09 | 03/19/09 | $185.00 |
| 18721 | CONSTITUTIONAL | LEVIT | 175110 | 03/18/09 | 03/19/09 | $368.59 |
| 18742 | CONSTITUTIONAL | GOODMAN | 175336 | 03/31/09 | 04/01/09 | $1,151.00 |
| 18744 | SAFEWAY | CARVAJAL | 0055378 | 03/27/09 | 04/02/09 | $799.49 |
| 18765 | GARGANO | GARGANO | 2007 AVENGER | 04/03/09 | 04/03/09 | $380.25 |
| END OF LIST - do not delete this row! (insert rows above this row) | | | | | | |

The CARRIAGE WERKS, INC.
Addendum
Statement of Financial Affairs
Question 4

Lynch Ford, Inc.          07M3 2953 Circuit Court Cook County Judg. entered 2-21-08
        V.                      Approx. $12,000.00 outstanding
The Carriage Werks, Inc.

Metro Paint Supplies, Inc. 08L-12850 Circuit Court Cook County Pleadings status date
V.                          Appox $65,000.00 in controversy  3-19-2009
The Carriage Werks, Inc.

L. B. Anderson            08LM 1051 Circuit Court Lake County settlement
V.                          Debtor making periodic payments
The Carriage Werks, Inc.

Al Piemonte's             07M3 2436 Circuit Court cook County-no status
V.
The Carriage Werks, Inc.

B 203
(12/94)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

**In re**   The Carriage Werks, Inc.

Case No.   _____

**Debtor**   The Carriage Werks, Inc.

Chapter   _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3800.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 3800

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ none

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]

Note all additional representation including any adversary complaints (defense) will be billed at an additional fee, as well as Trustees or trustees counsel request(s) for additional or supplemental documentation, and further provided that the Debtor has supplied Counsel with accurate data and information and provided requisite assistance in the preparation of the schedules and contemplated plan(s).

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Note all additional representation including any adversary complaints (defense) will be billed at an additional fee.Note all additional representation including any adversary complaints (defense) will be billed at an additional fee, as well as Trustees or trustees counsel request(s) for additional or supplemental documentation, and further provided that the Debtor has supplied Counsel with accurate data and information and provided requisite assistance in the preparation of the schedules and contemplated plan(s).

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

April ___, 2009
_____
Date

_____
Signature of Attorney

Alan T. Schencker
_____
Name of law firm

Official Form 6 - Declaration (10/06)

In re ___The Carriage Werks, Inc.___ ,        Case No. _____
            **Debtor**                                        **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ April , 2009 _____        Signature: _____
                                                                            **Debtor**

Date _____        Signature: _____
                                                                  (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                          *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X_____        _____
Signature of Bankruptcy Petition Preparer              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ Vice President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ Corporation _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____ April 9, 2009 _____        Signature: X _Edwd J Dubard_ PRESIDENT

                                                _____
                                                [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

United States Bankruptcy Court
Northern District of Illinois
Eastern Division
In re: The Carriage Werks, Inc.
Chapter 7

Creditor Matrix

1-800 Radiator
8116 Monticello Ave.
Skokie, Illinois 60076

Abacuc Vazquez
410 Bernard Dr.
Buffalo Grove, IL 60089

Action Crash-Keystone
5830 A Green Pointe Dr. South
Gorveport, OH 43125

ADP
5800 Windward Parkway
Alpharetta, GA 30005

Advanta Bank Corporation
P.O. Box 8088
Philadelphia, PA 19101

Aetna, Inc.
C/o Brennaan & Clark
721 E. Madison Suite 200
Villa Park, IL 60181

AIRGAS, Inc.
C/o D & S Ltd.
13809 Research Blvd.
Austin, TX 78750

Al Piemonte's Arlington Heights Ford
C/o Schwartz Wolf & Bernstein
314 N. McHenry Road
Buffalo Grove, IL 60089

Alpine Towing
1320 Ensell Road
Lake Zurich, IL 60047

American Express
C/o Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374

American Express Company
C/o James West PC
11111 Harwin Dr.
Houston, Texas 77072

American Express Company
C/o James West
6380 Rogerdale Road suite 130
Houston, TX  77072

American Express
C/o Total Recovery
P.O. Box 2304
Buffalo, NY 14240

American Marketing & Publishing
P.O. Box 801
Dekalb, IL 60115

Andrew C. Snelten
25602 W. Lakeview Court
Lake Villa IL 60046

Audatex North America Inc.
15030 Ave. of Science
San Diego, CA 92128

Auto Glass Master/Trim
4520 N. Elston Ave.
Chicago, IL 60630

Auto Zone
PO Box 2198 Dept. 9003
Memphis, TN 38101

Avaya Atl.
C/o ABC/Amega
1100 Main St.
Buffalo, New York 14209-2356

Bank Of America
PO Box 15726
Wilmington DE 19886

Bank of America
PO Box 2864
Transaction Processing
Hartford, CT 06101

Barbara Groberski
14 Pheasant Run
Hawthorne Woods, Il 60047

Bill smith Auto Parts
400 Ash St.
Danville, IL 61832

Capital One
PO Box 6492
Carol Stream, IL 60197

Cardinal Comp, LLC
PO Box 546
Albany, NY 12201-0546

CCC Information Services, Inc.
222 Merchandise Mart Suite 900
Chicago, IL 60654

Chicago Tribune Company
C/o Biehl & Biehl
325 Fullerton Ave.
Carol Stream, IL 60188

Cintas Corporation
9828 S. Oakwood Park Dr.
Franklin, WI. 53132

Cintas Corporation
9828 S. Oakwood Park Dr.
Franklin, WI 53132

Citi Cards
PO Box 9122
Des Moines, IA 50368

Citi Platinum
PO Box 91600
Albuquerque, NM 87199

The Coca-Cola Company
P.O. Box 1734
Atlanta, GA 30301

ComEd
Bill Payment Center
Chicago, IL 60668

Cousineau Auto Parts, Inc.
C/o Commercial Collections
P.O. Box 250957
Milwaukee, WI 53225

Daily Herald
C/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188

Deluxe Business Checks & Solutions
P.O. Box 742572
Cincinnati, OH 45274

Discover Financial Services
PO Box 3008
New Albany, OH 43054

Discover Network
PO Box 52145
Phoenix, AR 85072

Dylan Er Draut
422 Lincoln Ave Unit D
Fox River Grove, IL 60021

Edward Groberski
830 N. Deepwoods Court
Grayslake, IL 60030

Elan Financial Services
PO Box 108
St. Louis, MO 63166

Eric Niemesz
765 Court of Spruce
Vernon Hills, IL 60061

Erie Insurance
100 Erie Ins. Pl.
Erie, PA 16530

Gates Business Solutions
2418 Crossroads Dr. Ste 3600
Madison, WI 53718

Gates Business Solutions
2418 Crossroads Drive
Madison, WI 53718

Goodyear Tire & Rubber C/o RMS
4836 Brecksville Rd.
Richfield, OH 44286

Greg Groat
24571 Rollins Road
Round Lake, IL 60073

Groot Industries, Inc.
PO Box 1305
Elk Grove Village, IL 60009

Home Pages
915 E. Lincoln Hwy.
PO Box 801
Dekalb, IL 60115

Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794

Internal Revenue Service
PO Box 19468
Springfield, Il 62794

Internal Revenue Service
5100 River Road
Schiller Park, IL 60176

Jantz's Yard 4 Automotive, Inc.

2500 Washington Road
Kenosha, WI 53140

Keystone Automotive Industries MN, Inc.
3621 Marshall St. NE,
Minneapolis, MN 55418

L.B. Anderson
C/o Drew E. Baker
2901 Butterfield Road
Oak Brook, IL 60523

Larry Roesch Chevrolet
333 W. Grand  Ave.
Bensenville, IL 60106

Larry Roesch
10750 W. Grand Ave
Franklin Park, IL 60131

LaSalle Bank (Bank of america)
4060 Ogletown Stan
DE5-019-03-07
Newark, DE 19713

Liberty Mutual Group
PO Box 3229
Naperville, IL 60566

LKQ Star Auto Parts
C/o Credit Management Control
200 S. Monroe Ave.
P.O. Box 1654
Greenbay, WI 54305

Lynch Ford, Inc.
C/o Kuntz & Kuntz
900 E. Northwest Hwy.
Mount Prospect, IL 60056

Martin Bernal
7500 Elmhurst Road Lot 56
Des Plaines, IL 60018

Martin Lackey
7422 Hiawatha

Wonder Lake, IL 60097

Metro Paint Supplies
c/o Teller, Levit & Silvertrust, PC
11 East Adams St. #800
Chicago, IL 60603

Midas Auto Service
7109 N. Rt. 83
Mundelein, IL 60060

National City Bank
2 Philip Road
Vernon Hills, IL 60061

National City Bank
Commercial Loan Operations
1900 East Ninth Street
Cleveland, OH 44114

National City Bank
PO Box 856153
Louisville, Ky 40285-6153

North Shore Gas
PO Box A3991
Chicago, IL 60690-3991

Northwest News Group
C/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188

Office Depot (C.O. CitiBank)
701 E. 60th St. N.
Sioux Falls, SD 57104

Office Depot Credit Plan
PO Box 689020
Des Moines, IA 50368

Parts Fit
25750 Bloosbury Ct.
Land O Lakes, FL 34639

Puget Sound Leasing

PO Box 1295
Issaquah WA 98207

RH Donnelly/DEX
1001 Winstead Dr. Suite 100
Cary, NC 27513

Rockford Auto Parts and Sales
923 Seminary Street
Rockford, IL 61104

Sams Club
PO Box 530981
Atlanta GA 30353

Shell Oil
PO Box 183018
Columbus, OH 43218

Society Insurance
PO BOx 1029
Fond du Lac, WI 54936-1029

Staffords
C/o CMI Legal forwarding
P.O. Box 28851
Philadelphia, PA 19151

Stand Guard Alarm
6110 Lou Street
Crystal Lake, IL 60014

Sullivan Pontiac
777 W. Dundee Road
Arlington Heights, IL 60004

The Chicago Tribune Company
C/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188

The Daily Herald
C/o Biehl & Biehl
325 E. Fullerton Ave.
Carol Stream, IL 60188

The Home Depot
PO Box 6029
The Lakes, NV 88901

Tucker & Associates, LTD.
Attorneys at Law
5210 W. 95th Street
Oak Lawn, IL 60453

United States Trustee
219 S. Dearborn St, Ste 873
Chicago, IL 60604

Waltz Industrial Pro
5720 Laurentide Rd.
Burlington, WI 53105

Weltman Bernfield LLC
485 E. Half Day Road, Suite 250
Buffalo Grove, IL 60089

Wheels America
3017 Malmo Drive
Arlington Heights, IL 60005

William Groberski
413 Asbury Ave.
Fox River Grove, IL 60021

Yellow Book of Illinois
C/o Clovis & Roche, Inc.
PO Box 1164
Metaire, LA 70004

Zurich Direct
C/o RMS
77 Hartland St.
PO Box 280431
East Hartford, CT 06128